06-3474-cv
Stolt-Nielsen S.A. v. AnimalFeeds Int'l Corp.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of October, two thousand ten,

Present:

Amalya L. Kearse,
Robert D. Sack,
Debra Ann Livingston,
    *Circuit Judges*.

_____

Stolt-Nielsen S.A., Stolt-Nielsen Transportation Group Ltd., Odfjell ASA, Odfjell Seachem AS, Odfjell USA Inc., Jo Tankers BV, Jo Tankers, Inc. and Tokyo Marine Co. Ltd,

    *Petitioners-Appellees*,

    v.                                    06-3474-cv

AnimalFeeds International Corp.,

    *Respondent-Appellant*,

KP Chemical Corp.,

    *Respondent*.

_____

For the reasons stated by the United States Supreme Court in *Stolt-Nielsen S.A. v. AnimalFeeds International Corp.*, 130 S. Ct. 1758 (2010), the judgment of the district court is hereby AFFIRMED.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk of Court